# UNITED STATES DISTRICT COURT OF DELAWARE

10-796

ANTHONY BRODZKI

6900 HERMAN JARED DRIVE

NORTH RICHMOND HILLS, TEXAS 76180

817-427-8604

V.

FOX NEWS, SPORTS LEGAL DEPARTMENT

1211 AVENUE OF THE AMERICAS

NEW YORK, NEW YORK 10036

1. COMPLAINT

2. MOTION FOR AN INJUNCTION

I believe that on September 12th, 2010 Jimmy Johnson most strongly, and the other anchors of nfl Sunday pregame singled me out and insulted me and violated my privacy and civil rights, and committed tort actions. Also, during the week of September 13th, Fox news in Dallas, fox in the morning, mainly a yellow sweater anchor women, and a weather man, singled me out making references to my past and linking it with current events in my life cycle. These were torturous events which were committed against me during my youth. I believe that the specific intent in both broadcasts was directed at me. Also, Andrea Miller, on fox, first thing in the morning in Las Vegas, has said derogatory remarks. I bring this case to Delaware because this is where fox was incorporated. The networks have the tapes, your honor, and I ask you to hear my case I am asking the court for injunctive relief, to order the fox network to stop such displays, and public disclosures of private facts, yet using first names, but having the prerequisite intent of damages me, disclosing public facts of horrid occurrences. If I can find, and I have, three viewers who make the connection of what's said to my person, then a tort and civil rights violation has occurred. Also, I would request damages in the amount of 10,000,000 for all damages, but ask the honorable court to use the utmost skill in resolving this problem with me as quickly as possible.

*Anthony J. Brodzki*
*9-17-2010*

Motion to an injunction against the fox news and sports network

Please injunction fox networks from further tortuous broadcasts against Anthony Brodzki

*Anthony J. Brodzki*
*9-17-2010*

